AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 30, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| NICHOLAS B. <br> *Plaintiff* <br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  4:24-CV-05156-JAG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's appeal and request to remand for benefits, ECF No. 11, is GRANTED. The case is REMANDED for a calculation of and IMMEDIATE award of benefits.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   JAMES A. GOEKE

Date:  3/30/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*